KAREN L. LOEFFLER
United States Attorney

BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3388
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT R. BERTACINI, and<br>DAENA E. BERTACINI,<br><br>              Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | ) Case No. 3:11-cv-00237-TMB<br>)<br>)<br>) **STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>) |

The parties, through counsel, notify the Court that this case has

settled. Following entry of the Court's Order setting a hearing in the matter,

the United States Treasury made an electronic transfer of settlement funds

on September 23, 2013. The United States has confirmed that the Plaintiffs'

attorney has received the transferred funds. The United States has further

confirmed with Plaintiffs' attorney that the hearing scheduled for September

27, 2013, is no longer necessary and that they stipulate to a dismissal with

prejudice, each party to bear their own attorney fees and costs.

RESPECTFULLY SUBMITTED, on September 25, 2013, at Anchorage,

Alaska.

KAREN L. LOEFFLER
United States Attorney


s/Bryan Wilson
Assistant U. S. Attorney
Attorney for the United States


GEORGE KAPOLCHOK LAW OFFICES, INC.

s/George M. Kapolchok
Attorney for Plaintiff
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850


**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013,
a copy of the foregoing was served
electronically on:

George Kapolchok

s/Bryan Wilson


*Bertacini v. USA*
Case No. 3:11-cv-00237-TMB        2