# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| SCOTT R. BERTACINI, and<br>DAENA E. BERTACINI,<br><br>                     Plaintiffs,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | ) Case No. 3:11-cv-00237-TMB<br>)<br>)<br>)<br>) **ORDER GRANTING**<br>) **STIPULATION FOR**<br>) **DISMISSAL and VACATING**<br>) **TRIAL**<br>)<br>) |

The Parties' Stipulation for Dismissal at Docket 49 is GRANTED and the hearing on the matter scheduled for September 27, 2013 at 10:00 a.m. is VACATED. The final pretrial conference and trial previously set for October 28, 2013 at 8:30 and 9:00 am respectively are VACATED.

This matter is dismissed with prejudice, each party to bear its own costs and attorney fees.


Date: September 26, 2013              /s/ Timothy M. Burgess
                                     TIMOTHY M. BURGESS
                                     U.S. DISTRICT COURT JUDGE